# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ALDOLFO H. G., | Case No. 26-CV-2455 (NEB/JFD) |
| Petitioner, | |
| v. | ORDER FOR DISMISSAL |
| TODD BLANCHE, Acting Attorney General, ET AL., | |
| Respondents. | |

Pursuant to the parties' Stipulation of Dismissal Without Prejudice filed on May 19, 2026 (ECF No. 8), IT IS HEREBY ORDERED that this case is DISMISSED WITHOUT PREJUDICE and each party shall bear their own attorneys' fees and costs.

Dated: May 19, 2026

BY THE COURT:

s/Nancy E. Brasel

Nancy E. Brasel
United States District Judge